## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: **ED CV 16-1802-AB (PLA)**                              Date: **February 7, 2019**

Title:   **Ricardo Rocha v. Orry Marciano, et al.**

---

**PRESENT:** THE HONORABLE   **PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**           **ATTORNEYS PRESENT FOR DEFENDANT(S):**
　　　　　NONE                                                                      NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

Pursuant to this Court's Order Re Discovery and Motions [Civil Rights] of October 11, 2018, each party was ordered to file a Status Report no later than January 11, 2019. To date, the Court has not received a Status Report from plaintiff. Accordingly, **no later than February 21, 2019, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders. Filing of plaintiff's Status Report on or before **February 21, 2019**, shall be deemed compliance with this Order to Show Cause.

cc:     Ricardo Rocha, pro se
        Betty Chu-Fujita, CAAG

Initials of Deputy Clerk     ch