# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RICARDO ROCHA, | No. ED CV 16-1802-AB (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ORRY MARCIANO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: September 4, 2019

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE